MATTHEW LEWIS (SBN 155516)
Email: mlewis@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329

JEREMY T. ELMAN (SBN 223696)
email: jelman@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158

STEFAN M. MENTZER (admitted *pro hac vice*)
email: smentzer@whitecase.com
TIMOTHY F. KEEGAN (admitted *pro hac vice*)
email: timothy.keegan@whitecase.com
DANIEL LEDESMA (admitted *pro hac vice*)
email: daniel.ledesma@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas,
Floor 49 Reception
New York, NY  10020
Telephone:  (212) 819-8200
Facsimile:   (212) 354-8113

Attorneys for Defendant NetEase, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD KÜHMSTEDT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NETEASE, INC., et al.,<br><br>　　　　　Defendants. | Case No.  2:20-cv-02044 AB(PJWx)<br><br>**NOTICE OF NETEASE, INC.'S MOTION TO DISMISS**<br><br>Hearing Date:  Friday, July 17, 2020 at 10:00 a.m.<br><br>Courtroom: 350 West 1st Street, #7B Los Angeles, CA<br><br>Judge:  Hon. André Birotte Jr. |

1  TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on Friday, July 17, 2020 at 10:00 am or as
3  soon thereafter as the matter may be heard by the above-entitled court, Defendant
4  NetEase, Inc. ("NetEase") will and hereby does move this Court for an order
5  dismissing Plaintiff's Complaint on the following grounds: (1) lack of personal
6  jurisdiction under Federal Rule of Civil Procedure 12(b)(2), including lack of
7  jurisdiction under Federal Rule of Civil Procedure 4(k)(2); (2) the doctrine of *forum*
8  *non conveniens*; and (3) failure to state a claim upon which relief can be granted
9  under Federal Rule of Civil Procedure 12(b)(6).

10     This motion is made following the conference of counsel pursuant to L.R.
11 7-3, which took place by email on April 10, 2020 and by telephone on April 14,
12 2020. Plaintiff opposes the motion.

13     Accompanying this notice are (1) NetEase's Memorandum of Law in
14 Support of NetEase Inc.'s Motion to Dismiss; (2) Declaration of Yang Liu, and its
15 accompanying exhibit; and (3) [Proposed] Order Granting NetEase, Inc.'s Motion
16 to Dismiss.

18 Dated: April 29, 2020           WHITE & CASE LLP

20                                   /s/ *Stefan M. Mentzer*
21                                   Stefan M. Mentzer
22                                 *Attorneys for Defendant NetEase, Inc.*