Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Elina E. Kharit (SBN 261029)
ekharit@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BERNHARD KUHMSTEDT, | The following four cases are consolidated for the purposes of this Stipulation only: |
|---|---|
| Plaintiff, | Case No: 2:20-cv-00861-AB(JC) *Stross* |
| v. | Case No: 2:20-cv-00862-AB(JC) *Ledergerber* |
|  | Case No: 2:20-cv-00863-AB(JC) *Walmsley* |
| NETEASE, INC., et al., | Case No: 2:20-cv-02044-AB(JC) *Kühmstedt* |
| Defendant | *Hon. André Birotte Jr. Presiding* |
|  | **STIPULATION TO EXTEND PRETRIAL AND TRIAL DATES** |
|  | **Current Deadlines:** |
|  | Fact Discovery Cutoff: 1/8/21 |
|  | Expert Discovery Cutoff: 2/19/21 |
|  | Hearing Motion Cutoff: 3/19/21 |
|  | ADR Cut off: 4/2/21 |
|  | Pretrial Conference: 6/11/21 |
|  | Trial: 6/29/21 |
|  | [*Declaration of Stephen M. Doniger and (Proposed) Order Filed Concurrently Herewith*] |

1  WHEREAS, the Court entered a Scheduling and Case Management Order in
2  these four cases on September 21, 2020;

3  WHEREAS, the current deadline to complete fact discovery is January 8,
4  2021;

5  WHEREAS the Scheduling and Case Management Order directed the parties
6  to complete the ADR proceeding no later than April 2, 2021 and file a joint report
7  on the results of the settlement by April 9, 2021;

8  WHEREAS, Plaintiffs Alexander Stross, Ralph Ledergerber, John Walmsley,
9  and Bernhard Kühmstedt and Defendant NetEase, Inc. (collectively, the "Parties")
10 have been diligent in pursuing discovery and have made progress in exchanging
11 information;

12 WHEREAS, the Parties have conferred and respectfully seek to extend the
13 case management deadlines in order to accommodate the parties' discovery needs.
14 Specifically, the Parties have agreed to supplement their responses to interrogatories,
15 which will require additional time. Furthermore, the Parties need additional time to
16 prepare their respective document productions, and need additional time to
17 coordinate non-expert witness depositions;

18 WHEREAS, Plaintiff Stross is awaiting the resolution of his Motion to
19 Enforce Nonparty Quantil Networks, Inc.'s Compliance with Subpoena and For
20 Sanctions, filed on December 1, 2020;

21 WHEREAS, the Parties believe that a forty-nine (49) day extension of the
22 current dates and deadlines will allow the Parties a fair opportunity to obtain all
23 evidence necessary to comply with their respective discovery and settlement
24 obligations;

25 WHEREAS, the Parties agree and stipulate, with the approval of the Court, to
26 a forty-nine (49) day extension of the current cut-off dates as follows:
27 //

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Discovery Cut off | January 8, 2021 | February 26, 2021 |
| Initial Expert Disclosures | January 15, 2021 | March 5, 2021 |
| Rebuttal Expert Disclosures | February 5, 2021 | March 26, 2021 |
| Expert Discovery Cut off | February 19, 2021 | April 9, 2021 |
| Last Day to Hear Motions | March 19, 2021 | May 7, 2021 |
| Settlement Cutoff | April 2, 2021 | May 21, 2021 |
| Status Report re Settlement | April 9, 2021 | May 28, 2021 |
| Final Pre-trial Conference (Stross) | June 11, 2021 | July 30, 2021 |
| Trial (Stross) | June 29, 2021 | August 17, 2021 |
| Final Pre-trial Conference (Ledergerber) | June 25, 2021 | August 13, 2021 |
| Trial (Ledergerber) | July 13, 2021 | August 31, 2021 |
| Final Pre-trial Conference (Walmsley) | July 9, 2021 | August 27, 2021 |
| Trial (Walmsley) | July 27, 2021 | September 14, 2021 |
| Final Pre-trial Conference (Kühmstedt) | August 13, 2021 | October 1, 2021 |
| Trial (Kühmstedt) | August 31, 2021 | October 19, 2021 |

WHEREAS, the Parties agree and stipulate, with the approval of the Court, to a forty-nine (49) day extension of the pretrial filing dates, final pretrial conference dates, and trial dates in each of the four cases as set forth in the four accompanying revised Schedule of Pretrial and Trial Dates Worksheets;

WHEREAS, the Parties have not made a single request for continuance of the above deadlines.

1       **IT IS HEREBY STIPULATED** that the pretrial dates be continued as
2  provided above. As such, the Parties respectfully request that the Court modify the
3  trial schedule as set forth herein above and in the Proposed Order filed concurrently
4  with this stipulation.

5                                          Respectfully submitted,

7  Dated:  December 9, 2020        By:     /s/ *Stephen M Doniger*
8                                          Stephen M. Doniger, Esq.
                                            Elina E. Kharit, Esq.
9                                          DONIGER / BURROUGHS
10                                         Attorneys for Plaintiff

12 Dated:  December 9, 2020        By:     /s/ *Stefan Mentzer*
                                            Stefan Mentzer, Esq.
13                                         WHITE & CASE LLP
14                                         Attorneys for Defendant

16      Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other
17 signatories listed, and on whose behalf this filing is submitted, concur in the
18 filing's content and have authorized the filing.

**DECLARATION OF STEPHEN M. DONIGER, ESQ.**

I, Stephen M. Doniger, Esq., am an attorney at DONIGER / BURROUGHS, which represents Plaintiffs Stross, Ledergerber, Walmsley, and Kühmstedt in this action. I have personal knowledge of each of the following facts stated in this declaration:

1. The parties have engaged in written discovery, and plan on supplementing their responses.
2. The parties agree that a continuance will not prejudice any party and is not made with the intent to delay proceedings but rather allow the parties time to gather all evidence necessary to effectively litigate this case.
3. No previous requests to continue the pre-trial schedules have been made by the parties.

I declare under penalty of perjury under the law of the state of California and the United States of America that the foregoing is true and correct. Executed on December 9, 2020 in Venice, California.

By: */s/ Stephen M. Doniger*
Stephen M. Doniger
Declarant