JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bernhard Kuhmstedt,<br><br>            Plaintiff,<br><br>v.<br><br>NetEase, Inc. *et al.*,<br><br>            Defendant. | Case No. 2:20-cv-02044-AB-JC<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.


Dated:  October 3, 2022                    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE